■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY CREWS, Appellant. [902 NYS2d 380]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Hinrichs, J.), rendered April 22, 2008, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

Contrary to the defendant's contention, in the context of this case, the County Court providently exercised its discretion in precluding expert testimony on false confessions (*see People v Ragsdale*, 68 AD3d 897 [2009]; *cf. People v Lee*, 96 NY2d 157, 162 [2001]; *People v Herrnkind*, 49 AD3d 555 [2008]; *People v*

*Green*, 250 AD2d 143, 146-147 [1998]; *People v Lea*, 144 AD2d 863, 864-865 [1988]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions either are without merit or do not warrant reversal. Fisher, J.P., Covello, Hall and Sgroi, JJ., concur.